No. 491. ST. LOUIS NATIONAL BASEBALL CLUB *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. November 3, 1930. Petition for writ of certiorari to the Circuit

884

Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Lon O. Hocker, Frank H. Sullivan, James C. Jones, Jr.,* and *Ralph T. Finley* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John MacC. Hudson, Paul D. Miller, Clarence M. Charest,* and *Percy S. Crewe* for respondent.